**COURTROOM MINUTES OF CRIMINAL PROCEEDINGS**
**NORFOLK/NEWPORT NEWS DIVISION**

## GUILTY PLEA

Time Set: 11:00am
Started: 11:00am
Ended: 11:50am

Date: 12/17/13
Presiding Judge: Robert H. Doumar
Court Reporter: Heidi Jeffreys, OCR
U.S. Attorney: Elizabeth Yusi
Defense Counsel: Jeffrey Swartz, Ret.
Courtroom Deputy: Lori Baxter / as

Case No.: 2:13cr166   Defendant: Steven Warner
( ) in custody   ( ) on bond

___ Deft. agreed to w/draw plea of not guilty to Count(s) _____ and enter a plea of guilty to said Count.
___ Court inquired re plea negotiations.
✓ Deft. agreed to plea to a criminal information.
✓ Defendant sworn.
✓ Waiver of Indictment filed.
✓ Court fully advised deft. re proceedings and his rights.   Deft. acknowledged he understood.
✓ Court explained charge and maximum penalties.
✓ Plea agreement reviewed and filed in open court.
✓ Court inquired re vol. of plea.
✓ Court inquired re threats or promises.
✓ Plea of guilty entered by defendant to Count(s) CI.
✓ Court explained to defendant that by pleading guilty he waived jury trial.
___ Defendant satisfied with services of counsel.
✓ Continued for pre-sentence report.
✓ Court advised deft. that by pleading guilty he waived his right of appeal, pursuant to plea agrmt.
✓ Statement of facts read into the record by AUSA Elizabeth Yusi.
✓ Statement of Facts filed in open court.
✓ Plea of guilty to Count(s) CI accepted.
✓ Court ~~finds defendant guilty~~ *withholds finding of guilt.*
✓ Set for disposition March 17, 2014 @ 10:00am in Norfolk Division.
✓ Unsigned copy of Sentencing Procedure Order furnished to defendant before Court convened.
✓ Sentencing Procedures Order entered and filed in open court.
✓ Bond set Unsecured $10,000 (see conditions next page).   Court cautioned re bail jumping.
___ Transportation Order, entered and filed in open court.
___ Defendant remanded to custody of Marshal.

*If electronic monitoring is not in place on Friday, 12/20/13, the deft will be detained.*

✓ Consent Order of Forfeiture.

See next page

**Sentencing set for March 17, 2014 at 10:00 a.m. in Norfolk before Judge Doumar.**

Defense counsel: Jeffrey Swartz, retained

Bond: Unsecured in the amount $10,000.00

**Standard Conditions and following special conditions:**

1. U.S. Probation supervision.

2. Notify any current employer and any future employers of current charges and provide contact information for the individual(s) responsible for internet monitoring should he go to work at any place. ;

3. Continue mental health and sex offender treatment and sign any necessary release forms to allow communication between the service providers and the probation officer.

4. Maintain residence with his grandmother at 2520 Cannes Court in Virginia Beach, Virginia, and not change his residence without prior permission of the probation officer and or the Court.

5. The defendant shall be placed on electronic monitoring, with time-outs as provided and approved by U.S. Probation, and pay the related costs.

6. No use, possession, or access to a computer and not to use any computer device to access any internet service, bulletin board, or chat room.

7. No contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or the prosecution, including but not limited to: any child under the age of 18, unless in the company of an informed adult approved by US. Probation.

8. No travel outside the Eastern District of Virginia without prior approval of the probation officer.

9. Refrain from possessing a firearm, dangerous weapon, or other destructive devices.

10. Submit to a daily curfew as may be directed by the U.S. Probation officer.

**If electronic monitoring is not in place by Friday, 12/20/13, the deft. is to be remanded.**